WO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael E. Parsons, | No. CV-14-02320-TUC-EJM |
| Plaintiff, | **ORDER** |
| v. | |
| Carolyn W. Colvin, | |
| Defendant. | |

On August 29, 2014, Plaintiff filed a Complaint seeking review of the Commissioner of Social Security's decision denying Plaintiff's claim for disability benefits. (Doc. 1). Pursuant to the Court's Scheduling Order issued January 21, 2015 (Doc. 11), Plaintiff was required to file his Opening Brief within 60 days after Defendant filed the Answer. Defendant filed the Answer on September 14, 2015, thus Plaintiff was required to file his Opening Brief by November 13, 2015.

On April 7, 2016 this Court issued an Order to Show Cause (Doc. 26) requiring Plaintiff to file his opening brief on or before Friday, April 22, 2016, or show cause in writing on or before April 22, 2016 why this lawsuit should not be dismissed for failure to prosecute and failure to comply with the Court's prior orders. Plaintiff has not filed his Opening Brief or otherwise responded to the Order to Show Cause, nor has Plaintiff filed any other document in this matter.

Accordingly,

**IT IS HEREBY ORDERED** dismissing this action with prejudice. *See* Fed.R.Civ.P. 41(b); LRCiv 41.1; *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) (court may dismiss under Rule 41(b) for failure to prosecute or comply with the civil procedure rules or court orders); *Ferdik v. Bonzelet*, 936 F.2d 1258, 1260 (9th Cir. 1992). The Clerk shall enter judgment accordingly and close its file on this matter.

Dated this 3rd day of May, 2016.

Eric J. Markovich
United States Magistrate Judge